# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**　　　　　　　　　　　　　　　　　319 Federal Building and U. S. Courthouse
Chief U.S. Probation Officer　　　　　　　　　　　　　　　　　　　　Fayetteville, AR 72701
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　479-442-9892
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax -479-442-5276

July 17, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

　　　　　　　　　　　　　　RE:　**MCVAY, Jimmy**
　　　　　　　　　　　　　　　　　**Dkt. #5:03CR50039-001**
　　　　　　　　　　　　　　　　　**Request to Transfer Jurisdiction**

Dear Judge Hendren:

This letter is to report a request by the Eastern District of California, Sacramento Division, that a transfer of jurisdiction from the Western District of Arkansas to the Eastern District of California be initiated to aid in the management of this case.

The offender was sentenced by Your Honor on April 9, 2004, for one count of fraudulent use of a social security number as follows: 9 months imprisonment to run consecutive to his undischarged California prison term, 3 years supervised release, $500 fine to be paid in amounts not less than $100 per month, and a $100 special assessment fee. Special conditions of search and substance abuse testing and/or treatment were also ordered. Supervision commenced on February 3, 2006 in the Eastern District of California. U.S. Probation Officer Joe Gama is currently assigned to this case.

As Your Honor may recall, this office submitted a violation report to the Court on November 9, 2006, to report the offender's non-compliance with the term of supervised release. Mr. McVay's non-compliance included a new law violation wherein the defendant failed to register as a sex offender in the State of California. Mr. McVay was subsequently convicted in state court and ordered to serve two years in prison. On November 13, 2006, the Court issued a revocation warrant related to the new law violation.

On July 17, 2007, Marna Salazar, Operations Support Supervisor for the Eastern District of California, notified this office that the federal revocation warrant had been served on the offender and the Eastern District of California would be willing to accept a jurisdictional transfer to better manage this case.

Page 2
McVay, Jimmy.
Dkt. #5:03CR50039-001

Since it appears that Jimmy McVay does not have family in this area, will not likely return to the Western District of Arkansas, and has time remaining on his supervision with California state authorities, this office concurs with the Eastern District of California's request. If the Court is in agreement, enclosed is the Transfer of Jurisdiction form for Your Honor's signature. We will continue to monitor this case at Your Honor's direction.

Should Your Honor require further information, please advise.

Respectfully,

*[signature]*

Michael K. Scott
U.S. Probation Officer

Reviewed and approved by,

*[signature]*

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ Initiate Transfer of Jurisdiction

___ Other _____

_____   7/19/07
Honorable Jimm Larry Hendren                Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 19 2007

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK